**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL B. LEE,

    Plaintiff,

vs.                      CASE NO. 6:07-CV-454-ORL-19DAB

AXIS GROUP, INC.,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 5, filed March 16, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 5) is **ADOPTED and AFFIRMED.** The Application to Proceed In Forma Pauperis (Doc. No. 2, filed March 14, 2007) is **DENIED.**

**DONE AND ORDERED** at Orlando, Florida, this ___3rd___ day of April, 2007.

*[Signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record